UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA BABAEV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICREDIT, INC.<br><br>Defendant | Case No.: 1:14-cv-07437-DLI-RML<br><br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

The Parties, through undersigned counsel, hereby submit this Notice of Settlement and state that they have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal document with the Court. The parties anticipate filing dismissal documents within sixty (60) days.

Dated this 12th day of June, 2015

                                          Respectfully Submitted,

                                          _s/ Matthew T. Sheffield_
                                          Matthew T. Sheffield
                                          Law Offices of Michael Lupolover
                                          120 Sylvan Avenue, Suite 300
                                          Englewood Cliffs, NJ 07632
                                          (T) 201-461-0059
                                          (F) 201-608-7116
                                          (E) matthew@lupoloverlaw.com