**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA BABAEV, | ) |
|        Plaintiff, | ) Civil Action No.: 1:14-cv-07437 |
| v. | ) |
| MEDICREDIT, INC., | ) **STIPULATION OF DISCONTINUANCE** |
|        Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41, and pursuant to a Settlement Agreement entered into by the parties hereto, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their undersigned counsel, that:

1. Plaintiff Maria Babaev ("Plaintiff"), hereby dismisses her claims in the above-captioned matter against Defendant ("Medicredit") with prejudice.

2. Neither party admits any wrongdoing or liability in connection with this matter.

3. Each party hereto shall bear its own costs and attorneys' fees.

4. This stipulation may be executed in counterparts, each of which shall be deemed an original regardless of the date of its execution and delivery.

SO ORDERED this ____ day of _____, 2015

_____
       Hon. Dora L. Irizarry

23187997v1

**BY STIPLUATION:**

Dated: August 17, 2015

          **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

          s/Anurima S. Ray
          Anurima S. Ray
          1745 Broadway
          22nd Floor
          New York, NY 10019
          Telephone: (314) 613-2800
          Fax: (314) 613-2801
          anurima.ray@ogletreedeakins

          **Attorneys for Defendant Medicredit, Inc.**

          **LAW OFFICES OF MICHAEL LUPOLOVER**

          s/Matthew T. Sheffield Esq.
          Matthew T. Sheffield Esq.
          Law Offices of Michael Lupolover
          120 Sylvan Avenue, Suite 300
          Englewood Cliffs, NJ 07632
          Telephone: (201) 461-0059
          Fax: (201) 608-7116
          Email: ms@lupoloverlaw.com

          **Attorneys for Plaintiff Maria Babaev**